IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERRANCE DEBOSE, | ) | CASE NO. 1:20-CV-00727 |
| | ) | |
| | ) | JUDGE PATRICIA A. GAUGHAN |
| Plaintiff, | ) | |
| | ) | **JOINT STIPULATION REGARDING** |
| | ) | **MOTION TO DISMISS INDIVIDUAL** |
| vs. | ) | **CAPACITY CLAIMS AGAINST** |
| | ) | **DEFENDANT ERIC J. IVEY** |
| CUYAHOGA COUNTY, *et al.,* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Now come the Plaintiff Terrance Debose and Defendant Eric Ivey, by and through counsel, and do hereby jointly stipulate as follows:

\*     \*     \*

**These parties stipulate and agree to the dismissal of Plaintiff's individual capacity claims against Defendant Eric Ivey without prejudice.  Defendants' Motion to Dismiss, ECF # 9, is therefore moot.**

Respectfully submitted,


 /s/ Paul J. Cristallo                             /s/ Robin M. Wilson                                    
PAUL J. CRISTALLO (0061820)          ROBIN WILSON (0066604)
The Law Office of Paul J. Cristallo       ULMER & BERNE, LLP.
The Brownhoist Building                        1660 W. 2nd Street, Suite 1100
4403 St. Clair Avenue                             Cleveland, Ohio 44113
Cleveland, OH  44103                            216-928-2935 (phone)
T:  440.478.5262                                     216-583-7001 (facsimile)
F: 216.881.3928                                      rwilson@ulmer.com
E-Mail:  paul@cristallolaw.com           Counsel for Defendant Eric Ivey
Counsel for Plaintiff Terrance Debose


### CERTIFICATE OF SERVICE


I certify that on this 28th day of May 2020, the foregoing Joint Stipulation Regarding Defendant Eric Ivey's (In His Individual Capacity) Motion to Dismiss for Failure to State a Claim was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


/s/  Paul J. Cristallo                .
PAUL J. CRISTALLO (0061820)
Counsel for Plaintiff Terrance Debose